**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Ex parte Richard Lawrence Nugent

Appellate case number:   01-18-00144-CR

Trial court case number: 1015171A

Trial court:             228th District Court of Harris County

       It is ordered that appellant's motion for rehearing is DENIED.

Judge's signature: _____/s/ Gordon Goodman_____
                              Acting for the Court

Panel consists of Justices Keyes, Goodman, and Countiss

Date: __January 16, 2020_____